116 F.3d 469
 James M. Singer
v.
Brenda K. Mitchell, DPA Secretary of Commonwealth, Pamela
Raison, Esq., Chief Counsel, George Shevlin, Commissioner,
Bureau of Professional and Occupational Affairs, Patricia
Bricklin, Ph.D., Chairperson, Psychology Board, Paula Bram
Amar, Ph.D., Yvonne Keairns, Ph.D., Joseph French, Ph.D.,
Rodney McLaughlin, Ed.D., Edward C. Brennan, Ph.D., Quentin
C. Weaver, Nancy Besch, Sally Ulrich, Esq., John D. Kelly,
Esq., Jackie Weist-Lutz, Esq., Board Members
 NO. 96-7282
 United States Court of Appeals,
Third Circuit.
 May 14, 1997
 
 Appeal From: M.D.Pa. ,No.94-cv-01761 ,
 Kosik, J.
 
 
 1
 Affirmed.